**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01689-CV

**INWOOD NATIONAL BANK, Appellant**

**V.**

**WELLS FARGO BANK, N.A. AS TRUSTEE AND U.S. TRUST BANK, BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04907**

## ORDER

On May 22, 2014, we ordered Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court, to file the record of the December 16, 2013 evidentiary hearing no later than June 6, 2014. By letter dated May 30, 2014, Ms. Martin informed us that substitute reporter Sasha Brooks had recorded that hearing, and Ms. Brooks would be preparing the record. Ms. Martin did not provide the contact information for Ms. Brooks nor indicate additional time would be needed to file the record. To date, however, the record has not been filed. Accordingly, we again **ORDER** Ms. Martin, as the official reporter, to file the record of the December 16th hearing. *See* TEX. R. APP. P. 35.3(b). The record shall be filed no later than June 18, 2014.

/Ada Brown/
ADA BROWN
JUSTICE